**ORIGINAL**

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JAN 2 4 2006

LUTHER D. THOMAS, CLERK
By: _pmw_ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL INDICTMENT |
| v. | : | |
| | : | NO. **1:06-CR-042** |
| HALEEM BABAR | : | |
| a/k/a Jarred Hall | : | |

THE GRAND JURY CHARGES THAT:

Between on or about October 2005 and on or about December 2005, in the Northern District of Georgia, defendant HALEEM BABAR a/k/a Jarred Hall, using facilities and means of interstate commerce, knowingly attempted to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in criminal sexual activity, that is, child molestation (O.C.G.A. § 16-6-4), in violation of Title 18, United States Code, Section 2422(b).

A ___True___ BILL

___Merrilee Stephens___
FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

___Robert C.I. McBurney___
ROBERT C.I. MCBURNEY
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
V: 404-581-6184/F: 404-581-6181
GA Bar No. 481070